**UNITED STATES DISTRICT COURT**

Barrie Blueian,

    Plaintiff,
    (Pro Se)

vs.

Christopher M. Shelton,

    Defendant.

_____/

Case No.: 3:17-ms-00005



**NOTICE OF DISMISSAL**

Comes Now, Barrie Blueian, Plaintiff Pro Se, and pursuant to F.R.C.P 41(a)(1) herewith files a Notice of Dismissal without prejudice in the above-captioned action.

**DATED** this 10th day of September, 2017.

                                          _____
                                          BARRIE BLUEIAN, Pro Se

**CERTIFICATE OF MAILING**

I certify that I that on this _10th_ day of _September_, 2017, I served a true and accurate copy of the foregoing NOTICE OF DISMISSAL as follows:

    _X_   Deposited for mailing, first class postage prepaid;

    ____ Deposited for mailing, certified/registered;

    ____ Personal delivery to office;

    ____ Fax Sent Prior to Mailing;

    ____ Via E-mail

addressed as Follows:

_____
BARRIE BLUEIAN, PRO SE